IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| THOMAS E. SAUNDERS JR., KATHERINE SAUNDERS,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>AMERICAN HERITAGE MOVING SOLUTIONS, LLC, US SAFE MOVING LLC,<br>　　　　　Defendants. | CV 23-8-M-DLC-KLD<br><br><br>FINDINGS and RECOMMENDATION |

On February 29, 2024, the Court held an evidentiary hearing pro se Plaintiffs Thomas and Katherine Saunders' Motion for Default Judgment against Defendant American Heritage Moving Solutions, LLC. (Doc. 38). In its December 4, 2023, Order scheduling the evidentiary hearing, the Court ordered that Plaintiffs would be required to present documentary and testimonial evidence supporting their claims for breach of contract damages and the replacement value of household goods that were left behind. (Doc. 39 at 11). Plaintiffs settled their claims against Defendant US Safe Moving, LLC prior to the evidentiary hearing, and US Safe Moving has been dismissed from the case. (Doc. 51).

1

Thomas Saunders testified at the evidentiary hearing, and presented an itemized list of undelivered household goods, including the estimated replacement value of each item. The itemized list provided by Plaintiffs was admitted as Exhibit A, and is attached to this Findings and Recommendation.

Based on the evidence and testimony presented at the evidentiary hearing,

IT IS RECOMMENDED that Plaintiffs' Motion for Default Judgment against American Heritage (Doc. 38) be GRANTED in the amount of $7,403.64. To the extent the Motion for Default Judgment seeks additional damages, including punitive damages, the motion should be DENIED for the reasons stated in the Court's Order dated December 4, 2023 (Doc. 39).

NOW, THEREFORE, IT IS ORDERED that the Clerk shall serve a copy of the Findings and Recommendation of the United States Magistrate Judge upon the parties. The parties are advised that pursuant to 28 U.S.C. § 636, any objections to the findings and recommendations must be filed with the Clerk of Court and copies served on opposing counsel within fourteen (14) days after entry hereof, or objection is waived.

The Clerk of Court is directed to serve a copy of this Findings and Recommendation on American Heritage Moving Solutions, LLC by United States

//

//

2

First Class Mail at the address provided by Plaintiffs on the Process Receipt and

Return form.

DATED this 29th day of February, 2024.

Kathleen L. DeSoto
United States Magistrate Judge